No. 74–5904.   Phillips v. Oklahoma et al.   C. A. 10th Cir.   Certiorari denied.

No. 74–5907.   Glucksman v. New York.   Ct. App. N. Y.   Certiorari denied.

No. 74–5908.   Dongivine, aka Rocco, et al. v. United States.   C. A. 3d Cir.   Certiorari denied.

No. 74–5910.   Jordan v. Colbert, Warden.   C. A. 6th Cir.   Certiorari denied.

No. 74–5914.   Nolan v. Gunn, Warden.   C. A. 9th Cir.   Certiorari denied.

No. 74–5915.   Hamilton v. Pennsylvania.   Sup. Ct. Pa.   Certiorari denied.

No. 74–5916.   Ledford v. Bounds, Correction Commissioner, et al.   C. A. 4th Cir.   Certiorari denied.

No. 74–5918.   Callahan v. South Carolina.   Sup. Ct. S. C.   Certiorari denied.

No. 74–5923.   Tate v. Gray, Correctional Superintendent.   C. A. 3d Cir.   Certiorari denied.

No. 74–5924.   Baxter v. Florida.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 74–5927.   Brown et al. v. Bounds, Correction Commissioner, et al.   C. A. 4th Cir.   Certiorari denied.